# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| David Clarke Albaugh Jr., ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:23-cv-05123-ELR-RGV |
| v. ) | |
| ) | |
| Experian Information Solutions, ) | |
| Inc., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL

Comes now the Plaintiff in the above styled manner and does hereby file this voluntary dismissal without prejudice as to Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not filed an answer or motion for summary judgment.

Respectfully submitted this 30th day of November, 2023.

                                                 **BERRY & ASSOCIATES**

                                                 */s/ Matthew T. Berry*
                                                 Matthew T. Berry
                                                 Georgia Bar No.: 055663
                                                 matt@mattberry.com
                                                 Telephone: (404) 235-3334
                                                 2751 Buford Highway, Suite 600
                                                 Atlanta, GA 30324

                                                 */s/ Chris Armor*

Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 509
Londonderry, VT 05148
Phone 651-208-6441
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*